NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ACTELION PHARMACEUTICALS, LTD.,**
*Plaintiff-Appellant,*

v.

**MICHELLE K. LEE, Deputy Director, U.S. Patent and Trademark Office, Under Secretary of Commerce for Intellectual Property**,
*Defendant-Appellee.*

_____

2014-1086

_____

Appeal from the United States District Court for the District of Columbia in No. 1:10-cv-01145-RJL, Judge Richard J. Leon.

_____

**JUDGMENT**

_____

THOMAS HOXIE, Hoxie & Associates, LLC, of Millburn, New Jersey, argued for plaintiff-appellant.

ABBY C. WRIGHT, Attorney, Appellate Staff, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were STUART F. DELERY, Assistant Attorney General, RONALD C. MACHEN, JR., SCOTT MCINTOSH, and DANA

KAERSVANG, Attorneys. Of counsel on the brief were NATHAN K. KELLEY, Deputy General Counsel for Intellectual Property Law and Solicitor, MICHAEL S. FORMAN and BRIAN T. RACILLA, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 9, 2014                     /s/ Daniel E. O'Toole
Date                          Daniel E. O'Toole
                             Clerk of Court